**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-6199**

ISAIAH TIMOTHY FEASTER,

Plaintiff - Appellant,

versus

DEBORAH PULLER; ROBERT KUPEC, Warden; EARL
BESHEARS, Warden; RALPH LOGAN, Warden;
KATHLEEN GREEN, Assistant Warden; ROBERT B.
RITCHIE, JR., Chief of Security,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-00-
2341-AMD)

Submitted: May 31, 2001          Decided: June 8, 2001

Before WILKINS, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Isaiah T. Feaster, Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, Stephanie Judith Lane-Weber, Assistant Attorney
General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Isaiah T. Feaster appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Feaster v. Puller, No. CA-00-2341-AMD (D. Md. Jan. 17, 2001). Foster's motion for default judgment is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2